UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
CATHERINE E. DESILVIS,                                                  :
                                                                        :
                               Plaintiff,                               :      20-CV-9551 (JMF)
                                                                        :
               -v-                                                      :      ORDER
                                                                        :
EXPERIAN INFORMATION SOLUTIONS, INC.,                                   :
                                                                        :
                               Defendant.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person.  Due to the upcoming holidays, counsel should submit their proposed case management plan and joint letter by **December 29, 2020**, the contents of which are described in the Court's earlier Scheduling Order.  *See* ECF No. 7.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time.  To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: December 22, 2020
      New York, New York                               JESSE M. FURMAN
                                                   United States District Judge