UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CATHERINE E. DESILVIS,

        Plaintiff,

    -against-

CAPITAL ONE BANK (USA), NATIONAL
ASSOCIATION, and EXPERIAN INFORMATION
SOLUTIONS, INC.,

        Defendants.
------------------------------------------------------------X

ORDER

20-CV-9551 (JMF)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    Due to the plaintiff's representation at Docket Entry No. 23 that the parties have reached a settlement, the settlement conference scheduled for May 4, 2021, at 10:30 a.m., is hereby cancelled.

Dated: New York, New York
      May 3, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE